# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number:8:05-CR-126-T-24EAJ |
| ERIC D. BANK | USM Number:48215-018 |
| | |
| | Dionja L. Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _Two, Three, Four, Five, Six, Seven and Eight_ of the term of supervision. Defendant denied guilt to violation charge number _One_ of the term of supervision .

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | New criminal conduct, Grand Theft Auto, occurring on May 2, 2008, while on supervision, in violation of the conditions of supervision | May 2, 2008 |
| 3 | New criminal conduct, Driving Under the Influence, occurring on January 6, 2008, while on supervision, in violation of the conditions of supervision | January 6, 2008 |
| 4 | Failure to notify ten days prior to any change in residence, in violation of condition 6 of the Standard Conditions of Supervision | May 2, 2008 |
| 5 | Failure to notify ten days prior to any change in employment, in violation of condition 6 of the Standard Conditions of Supervision | May 14, 2008 |
| 6 | Travel outside the district without permission, in violation of condition 1 of the Standard Conditions of Supervision | May 9, 2008 |

DEFENDANT: ERIC D. BANK
CASE NUMBER: 8:05-CR-126-T-24EAJ

Judgment - page 2 of 3

| | | |
|---|---|---|
| 7 | Failure to follow the instructions of the probation officer, in violation of condition 3 of the Standard Conditions of Supervision | May 9, 2008 |
| 8 | failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of condition 11 of the Standard Conditions of Supervision | February 19, 2008 |

The defendant is found to be in violation of his Supervised Release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 12, 2008
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

August 12, 2008
Date

AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations

DEFENDANT: ERIC D. BANK  
CASE NUMBER: 8:05-CR-126-T-24EAJ

Judgment - page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.**

__x__ The Court makes the following recommendations to the Bureau of Prisons:  
**Defendant to served term of imprisonment at FCI Jesup, Georgia.**

__x__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL